**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6257**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

DAVID ZEBROWSKI, a/k/a Dog, David Stewart, a/k/a Lewis
Brady, a/k/a Mad Dog, a/k/a Eric Conrad Smith,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:96-cr-00041-JRS-3)

Submitted:  May 23, 2013              Decided:  May 29, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Zebrowski, Appellant Pro Se.  Richard Daniel Cooke,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Zebrowski appeals the district court's order denying his Federal Rule of Civil Procedure 60(b)(5) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Zebrowski, No. 3:96-cr-00041-JRS-3 (E.D. Va. Jan. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED